SEPTEMBER 6, 1983

No. 82–2164. AUSTIN *v.* UNARCO INDUSTRIES, INC., ET AL. C. A. 1st Cir. Certiorari dismissed under this Court's Rule 53.

SEPTEMBER 8, 1983

No. A–57. BURLINGTON NORTHERN RAILROAD CO. *v.* UNITED STATES ET AL. C. A. D. C. Cir. Application for stay, presented to JUSTICE WHITE, and by him referred to the Court, denied.

No. 82–432. LOCAL NO. 82, FURNITURE & PIANO MOVING, FURNITURE STORE DRIVERS, HELPERS, WAREHOUSEMEN & PACKERS, ET AL. *v.* CROWLEY ET AL. C. A. 1st Cir. [Certiorari granted, 459 U. S. 1168.] Motion of Association for Union Democracy for leave to file a brief as *amicus curiae* granted.